

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00209-CV

**SCHERTZ BANCSHARES CORPORATION**, Individually and d/b/a Schertz Bank & Trust,
Schertz Bank & Trust, and Mustang Valley Estates Homeowners Association,
Appellants

v.

Scott **BURRIS**, Ashley Burris, Wayne Burris, Lee Burris, Kenneth Davis, Cece Davis, Amy
Wilson, Mike Wilson, Daryl Green, Cathy Green, Ken Helgren, Michele Helgren, Robert
Hudson, Cliff Jackson, Mamie Jackson, William Merrill, Tonya Spells, Quinton Perry, Angie
Perry, Kenneth Shields, Tamara Shields, Latoya Siples, Clinton Siples, and Michelle Siples,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1512-CV
Honorable William Old, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order denying appellants' plea to the jurisdiction and denying appellants' motion for summary judgment with respect to appellees' enforcement claim is AFFIRMED; the trial court's order denying appellants' plea to the jurisdiction and denying appellants' motion for summary judgment is REVERSED as to all of appellees' other claims and judgment dismissing all of appellees' claims other than their enforcement claim is RENDERED in favor of appellants. The cause is remanded for further proceedings consistent with this opinion.

It is ORDERED that costs are assessed against the party that incurred them.

SIGNED January 2, 2020.

Rebeca C. Martinez, Justice